# Annex I

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| TX 9-476-700 | VMware Aria Operations 8.14.0 | VMware LLC |
| TX 9-476-775 | VMware Aria Operations 8.18.0 | VMware LLC |
| TX 9-476-773 | VirtualCenter 2.5 | VMware LLC |
| TX 9-476-766 | vCenter Server 4 | VMware LLC |
| TX 9-476-769 | vCenter Server 4.1 | VMware LLC |
| TX 9-477-063 | vCenter Server 5 | VMware LLC |
| TX 9-477-055 | vCenter Server 5.1 | VMware LLC |
| TX 9-477-058 | vCenter Server 5.5 | VMware LLC |
| TX 9-477-059 | vCenter Server 6 | VMware LLC |
| TX 9-476-970 | vCenter Server 6.5 | VMware LLC |
| TX 9-476-963 | vCenter Server 6.7 | VMware LLC |
| TX 9-476-974 | vCenter Server 7 | VMware LLC |
| TX 9-476-979 | vCenter Server 8 | VMware LLC |
| TX 9-476-702 | VMware vRealize Operations Manager 6.0.0 | VMware LLC |
| TX 9-476-699 | VMware vRealize Operations Manager 6.5.0 | VMware LLC |
| TX 9-476-763 | VMware vRealize Operations Manager 7.0.0 | VMware LLC |
| TX 9-476-772 | VMware vRealize Operations Manager 7.5.0 | VMware LLC |
| TX 9-476-777 | VMware vRealize Operations Manager 8.0.0 | VMware LLC |
| TX 9-476-783 | VMware vRealize Operations Manager 8.6.0 | VMware LLC |
| TX 9-477-075 | VMware ESX Server 2.5 | VMware LLC |
| TX 9-476-905 | VMware ESX Server 3 | VMware LLC |
| TX 9-477-079 | VMware ESX Server 3.5 | VMware LLC |
| TX 9-477-072 | VMware vSphere 4 | VMware LLC |
| TX 9-477-070 | VMware vSphere 4.1 | VMware LLC |
| TX 9-477-064 | VMware vSphere 5 | VMware LLC |
| TX 9-477-054 | VMware vSphere 5.1 | VMware LLC |
| TX 9-477-043 | VMware vSphere 5.5 | VMware LLC |
| TX 9-477-103 | VMware vSphere 6 | VMware LLC |
| TX 9-476-029 | VMware vSphere 6.5 | VMware LLC |
| TX 9-476-031 | VMware vSphere 6.7 | VMware LLC |
| TX 9-476-034 | VMware vSphere 7 | VMware LLC |
| TX 9-476-036 | VMware vSphere 8 | VMware LLC |

| | | |
|---|---|---|
| TX 9-480-367 | VMware NSX T-Data Center 1.1 | VMware LLC |
| TX 9-480-022 | VMware NSX T-Data Center 2.0 | VMware LLC |
| TX 9-480-089 | VMware NSX T-Data Center 3.0 | VMware LLC |
| TX 9-480-017 | VMware NSX 4.0.0.1 | VMware LLC |
| TX 9-480-016 | VMware NSX Advanced Load Balancer 21.1.1 | VMware LLC |
| TX 9-480-371 | VMware NSX Advanced Load Balancer 22.1.1 | VMware LLC |
| TX 9-480-415 | VMware NSX Advanced Load Balancer 30.1.1 | VMware LLC |
| TX 9-480-113 | VMware NSX Advanced Load Balancer 31.1.1 | VMware LLC |