IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VMWARE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-353 (RGA) |
| | ) |
| SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE, INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS, INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC., | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS UNDER
FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Defendants hereby move the Court to dismiss Plaintiff's Complaint (D.I. 1) for lack of personal jurisdiction over Siemens AG and for failure to state a claim for extraterritorial enforcement of its U.S. copyright. The bases for this Motion are further set forth in the accompanying Opening Brief.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Karen Jacobs* |
| OF COUNSEL: | Karen Jacobs (#2881)<br>Cameron P. Clark (#6647) |
| Gregg F. LoCascio, P.C.<br>Michael A. Pearson, Jr.<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 389-5000 | 1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com |
| James John Lomeo<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Suite 2500<br>Austin, TX 78701<br>(512) 678-9050 | *Attorneys for Defendants Siemens AG, Siemens Corporation, Siemens Industry Software Inc., Siemens Medical Solutions USA, Inc., Siemens Healthcare Diagnostics Inc., Siemens Mobility, Inc., and PETNET Solutions, Inc.* |
| June 10, 2025 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VMWARE LLC,., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-353 (RGA) |
| ) | |
| SIEMENS AG, SIEMENS CORPORATION, ) | |
| SIEMENS INDUSTRY SOFTWARE, INC., ) | |
| SIEMENS MEDICAL SOLUTIONS USA, ) | |
| INC., SIEMENS HEALTHCARE ) | |
| DIAGNOSTICS, INC., SIEMENS ) | |
| MOBILITY, INC., and PETNET ) | |
| SOLUTIONS, INC.,., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered Defendants Motion to Dismiss Pursuant Fed. R. Civ P. 12(b)(2) and 12(b)(6) and supporting brief, and Plaintiff VMWare LLC's response thereto,

IT IS HEREBY ORDERED, this ___ day of _____, 2025, that Plaintiff's Complaint (D.I. 1) against Siemens AG is DISMISSED for lack of personal jurisdiction and DISMISSED as to all claims of alleged copyright infringement outside of the United States for failure to state a claim upon which relief can be granted.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Paul J. Loughman, Esquire<br>Robert M. Vrana, Esquire<br>Colin A. Keith, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600 | *VIA ELECTRONIC MAIL* |
| David H. Herrington, Esquire<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000 | *VIA ELECTRONIC MAIL* |
| Angela L. Dunning, Esquire<br>Ye Eun Charlotte Chun, Esquire<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, California 94304<br>(650) 815-4100 | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)