IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VMWARE LLC,., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-353 (RGA) |
| | ) |
| SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE, INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS, INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC.,., | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

This 17th day of June, 2025, the Court having considered Defendants' Unopposed Motion for Leave to File Under Seal, and the Court having determined good cause exists for the requested sealing, now therefore:

IT IS HEREBY ORDERED that:

1. Defendants' Unopposed Motion for Leave to File Under Seal is GRANTED; and

2. Defendants shall file redacted versions of the Declaration of James John Lomeo and accompanying exhibits to the Opening Brief in support of their Motion to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* within seven days of the entry of this Order.

/s/ Richard G. Andrews
United States District Judge