**YOUNG CONAWAY**

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Paul J. Loughman**
P 302.576.3598
ploughman@ycst.com

February 24, 2026

**BY ECF FILING**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware

        Re:   <u>*VMware LLC v. Siemens AG, et al.*, C.A. No. 25-353-RGA</u>

Dear Judge Andrews:

       Pursuant to the Court's Standing Order for Objections Filed under Fed. R. Civ. P. 72, we enclose on behalf of Plaintiff VMware LLC copies of the following filings associated with the February 10, 2026 Report and Recommendation (D.I. 46) and VMware LLC's Objection with respect to the portion of the Report and Recommendation that addresses the motion of Defendant Siemens AG to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (D.I. 47):

- Complaint for Copyright Infringement (D.I. 1)
- Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (D.I. 17)
- Opening Brief in Support of Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) (D.I. 18)
- Declaration of Paul Salazar in Support of Motion to Dismiss Under Fed. R. Civ. P. 12(b) (D.I. 19)
- Answering Brief in Opposition to Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) (D.I. 31)
- Reply Brief re Motion to Dismiss Under Fed. R. Civ. P. 12(b) (D.I. 34)
- Transcript of the November 18, 2025 Hearing on Motions (D.I. 45)
- February 10, 2026 Report and Recommendation (D.I. 46)
- Plaintiff VMware's Objection to the portion of the Report and Recommendation that addresses the motion of Defendant Siemens AG to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (D.I. 47)

       Should Your Honor have any questions or concerns regarding the foregoing, counsel for VMware are available at the Court's convenience.

**Young Conaway Stargatt & Taylor, LLP**

Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com

The Honorable Richard G. Andrews
Page 2

                                              Respectfully,

                                              */s/ Paul J. Loughman*

cc: Counsel of Record (by CM/ECF)      Paul J. Loughman (No. 5508)