## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VMWARE LLC,

          Plaintiff,

   v.

SIEMENS AG, SIEMENS CORPORATION,
SIEMENS INDUSTRY SOFTWARE, INC.,
SIEMENS MEDICAL SOLUTIONS USA,
INC., SIEMENS HEALTHCARE
DIAGNOSTICS, INC., SIEMENS
MOBILITY, INC., and PETNET
SOLUTIONS, INC.,

          Defendants.

Civil Action No. 1:25-cv-00353-RGA

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT the mailing address for *pro hac vice* counsel Angela L.

Dunning and Ye Eun Charlotte Chun has changed to:

    Cleary Gottlieb Steen & Hamilton LLP
    151 University Ave.
    Palo Alto, CA 94301

Their email and telephone number remain the same.

Dated: June 4, 2026       YOUNG CONAWAY STARGATT & TAYLOR, LLP

                   /s/ Robert M. Vrana
                   Paul J. Loughman (No. 5508)
                   Robert M. Vrana (No. 5666)
                   Colin A. Keith (No. 7074)
                   Rodney Square
                   1000 North King Street
                   Wilmington, Delaware 19801
                   Telephone: (302) 571-6600
                   ploughman@ycst.com
                   rvrana@ycst.com
                   ckeith@ycst.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
David H. Herrington
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
dherrington@cgsh.com

Angela L. Dunning
Ye Eun Charlotte Chun
1841 Page Mill Road, Suite 250
Palo Alto, California 94304
Telephone: (650) 815-4100
adunning@cgsh.com
chchun@cgsh.com

*Attorneys for Plaintiff VMware LLC*