**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VMWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE, INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS, INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC.,<br><br>Defendants. | C.A. No. 25-353-RGA |

**PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff VMWare LLC ("Plaintiff") respectfully requests exemptions from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* ("Standing Order") so that the following individuals may bring their personal electronic devices to the September 23, 2026 hearing in this matter:

- David Herrington (Lead Counsel)
- Gabrielle Kim (Lead Counsel)
- Philip Blum (VMware LLC)

Lead Counsel for Plaintiff, who have been admitted *pro hac vice* in this matter, are not in possession of their bar identification cards. Lead Counsel listed above requires access to their

electronic devices during the hearing scheduled for September 23, 2026, and agree to abide by all requirements of the Court's May 17, 2024 Standing Order. Plaintiff respectfully requests that the Court enter the form of order attached to this Motion.

Dated: September 21, 2026

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*

Paul J. Loughman (No. 5508)
Robert M. Vrana (No. 5666)
Colin A. Keith (No. 7074)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
ploughman@ycst.com
rvrana@ycst.com
ckeith@ycst.com

*Attorneys for Plaintiff VMware LLC*

*Of Counsel:*

David H. Herrington
Gabrielle J. Kim
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
dherrington@cgsh.com
gakim@cgsh.com

Angela L. Dunning
Ye Eun Charlotte Chun
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
151 University Ave.
Palo Alto, CA 94301
(650) 815-4100
adunning@cgsh.com
chchun@cgsh.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VMWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE, INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS, INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC.,<br><br>Defendants. | C.A. No. 25-353-RGA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this __________ day of _____________, 2026 that:

1. The Motion is GRANTED;

2. For purposes of the September 23, 2026 hearing, the following person is exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- David Herrington (Lead Counsel)
- Gabrielle Kim (Lead Counsel)
- Philip Blum (VMware LLC)

3. Such person listed in Paragraph 2 above shall present this Order, along with a valid photographic identification card, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

________________________________

United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Karen Jacobs
Cameron P. Clark
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
kjacobs@morrisnichols.com
clark@morrisnichols.com

*Attorneys for Defendants Siemens AG, Siemens Corporation, Siemens Industry Software Inc., Siemens Medical Solutions USA, Inc., Siemens Healthcare Diagnostics, Inc., Siemens Mobility, Inc., and PETNET Solutions, Inc.*

Gregg F. LoCascio, P.C.
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gregg.locascio@kirkland.com
mpearson@kirkland.com

James John Lomeo
KIRKLAND & ELLIS LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701
james.lomeo@kirkland.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*

Paul J. Loughman (No. 5508)
Robert M. Vrana (No. 5666)
Colin A. Keith (No. 7074)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
ploughman@ycst.com
rvrana@ycst.com
ckeith@ycst.com

*Attorneys for Plaintiff VMware LLC*