**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VMWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE, INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS, INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC.,<br><br>Defendants. | C.A. No. 25-353-RGA |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 22nd day of September, 2026 that:

1. The Motion is GRANTED;

2. For purposes of the September 23, 2026 hearing, the following person is exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- David Herrington (Lead Counsel)
- Gabrielle Kim (Lead Counsel)
- Philip Blum (VMware LLC)

3. Such person listed in Paragraph 2 above shall present this Order, along with a valid photographic identification card, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

/s/ Richard G. Andrews
United States District Judge