**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

VMWARE LLC,

Plaintiff,

v.

SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE, INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS, INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC.,

Defendants.

C.A. No. 25-353-RGA

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 16, 2026, the following was served on the counsel listed below in the manner indicated:

1) Initial Disclosures of Plaintiff VMware LLC.

**BY EMAIL**

Karen Jacobs
Cameron P. Clark
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
kjacobs@morrisnichols.com
clark@morrisnichols.com

*Attorneys for Defendants Siemens AG, Siemens Corporation, Siemens Industry Software Inc., Siemens Medical Solutions USA, Inc., Siemens Healthcare Diagnostics, Inc., Siemens Mobility, Inc., and PETNET Solutions, Inc.*

Gregg F. LoCascio, P.C.
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gregg.locascio@kirkland.com
mpearson@kirkland.com

James John Lomeo
KIRKLAND & ELLIS LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701
james.lomeo@kirkland.com

PLEASE TAKE FURTHER NOTICE that on November 16, 2026, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: November 16, 2026

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*

Paul J. Loughman (No. 5508)
Robert M. Vrana (No. 5666)
Colin A. Keith (No. 7074)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
ploughman@ycst.com
rvrana@ycst.com
ckeith@ycst.com

*Attorneys for Plaintiff VMware LLC*

*Of Counsel:*

David H. Herrington
Gabrielle J. Kim
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
dherrington@cgsh.com
gakim@cgsh.com

Angela L. Dunning
Ye Eun Charlotte Chun
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
151 University Ave.
Palo Alto, CA 94301
(650) 815-4100
adunning@cgsh.com
chchun@cgsh.com