IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VMWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS CORPORATION, SIEMENS INDUSTRY SOFTWARE INC., SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS INC., SIEMENS MOBILITY, INC., and PETNET SOLUTIONS, INC.,<br><br>Defendants. | C.A. No. 25-353 (RGA) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served on November 16, 2026, upon the following in the manner indicated:

Paul J. Loughman — *VIA ELECTRONIC MAIL*
Robert M. Vrana
Colin A. Keith
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Plaintiff*

David H. Herrington — *VIA ELECTRONIC MAIL*
Gabrielle J. Kim
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*Attorneys for Plaintiff*

Angela L. Dunning
Ye Eun Charlotte Chun
CLEARY GOTTLIEB STEEN & HAMILTON LLP
151 University Ave.
Palo Alto, CA 94301
(650) 815-4100
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants Siemens Corporation, Siemens Industry Software Inc., Siemens Medical Solutions USA, Inc., Siemens Healthcare Diagnostics Inc., Siemens Mobility, Inc., and PETNET Solutions, Inc.*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000

James John Lomeo
KIRKLAND & ELLIS LLP
401 W. Fourth Street
Austin, TX 78701
(512) 678-9050

November 16, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 16, 2026, upon the following in the manner indicated:

Paul J. Loughman, Esquire *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Colin A. Keith, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Plaintiff*

David H. Herrington, Esquire *VIA ELECTRONIC MAIL*
Gabrielle J. Kim, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*Attorneys for Plaintiff*

Angela L. Dunning, Esquire *VIA ELECTRONIC MAIL*
Ye Eun Charlotte Chun, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
151 University Ave.
Palo Alto, CA 94301
(650) 815-4100
*Attorneys for Plaintiff*

/s/ Cameron P. Clark

Cameron P. Clark (#6647)